```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    LEOBARDO LOYA-CHAVEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )  No. CRS 08-0479 FCD
                               )
          Plaintiff,           )  STIPULATION AND ORDER VACATING
                               )  DATE, CONTINUING CASE, AND
     v.                        )  EXCLUDING TIME
NANCY YADIRA BENITEZ ANDRADE   )
LEOBARDO LOYA-CHAVEZ,          )
JUAN LOPEZ-ESPINO              )  Date   December 1, 2008
          Defendants.          )  Time:  10:00 a.m.
                               )  Judge: Frank C. Damrell, Jr.
_____)
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Lerus, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Leobardo Loya-Chavez; Attorney Gilbert Roque, Counsel for Defendant Juan Lopez-Espino; Attorney Shari Rusk, Counsel for Nancy Yadira Benitez Andrade, that the status conference scheduled for November 3, 2008, be vacated and the matter be continued to this Court's criminal calendar on December 1, 2008, at 10:00 a.m.

This continuance is requested by the defense in order to review discovery, permit counsel to conduct investigation and engage in negotiations

1 with the prosecution.  Although we have not yet received discovery, Mr. Leras
2 has informed defense counsel that discovery will be forthcoming within the
3 next few days.

4    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act,
5 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv),
6 Local code T-4 (time to prepare), and that the ends of justice served in
7 granting the continuance and allowing the defendant further time to prepare
8 outweigh the best interests of the public and the defendant in a speedy
9 trial.

10    The Court is advised that all counsel have conferred about this request,
11 that they have agreed to the December 1, 2008, date, and that all counsel
12 have authorized Ms. Santos to sign this stipulation on their behalf.

13    **IT IS SO STIPULATED.**

15 Dated: October 30, 2008          /S/ Dina L. Santos
                                     DINA L. SANTOS
16                                   Attorney for
                                     Leobardo Loya-Chavez
17

18 Dated: October 30, 2008          /S/ Todd Leras
                                     TODD LERAS
19                                   Assistant United States Attorney
                                     Attorney for Plaintiff
20
   Dated: October 30, 2008          /S/ Gilbert Roque
21                                   GILBERT ROQUE
                                     Attorney for
22                                   Juan Lopez-Espino
23
   Dated: October 30, 2008          /S/ Shari Rusk
24                                   SHARI RUSK
                                     Attorney for Nancy Yadira Benitez Andrade
25

26

27
                               **O R D E R**
28

Stipulation and Order                2

1  **IT IS SO ORDERED.**

2  By the Court,

3

4  Dated: October 30, 2008

5  FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE