```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
LEOBARDO LOYA-CHAVEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-08-0479 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | DATE, CONTINUING CASE, AND |
| v. ) | EXCLUDING TIME |
| NANCY YADIRA BENITEZ ANDRADE ) | |
| LEOBARDO LOYA-CHAVEZ, ) | |
| JUAN LOPEZ-ESPINO ) | Date    January 12, 2009 |
| Defendants. ) | Time:   10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Lerus, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Leobardo Loya-Chavez; Attorney Gilbert Roque, Counsel for Defendant Juan Lopez-Espino; Attorney Shari Rusk, Counsel for Nancy Yadira Benitez Andrade, that the status conference scheduled for December 1, 2008, be vacated and the matter be continued to this Court's criminal calendar on January 12, 2009, at 10:00 a.m.

This continuance is requested by the defense in order to review discovery, permit counsel to conduct investigation and engage in negotiations with the prosecution.  We have received discovery and are in the process of review.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4 ends of justice served in granting the continuance and allowing the
5 defendant further time to prepare outweigh the best interests of the
6 public and the defendant in a speedy trial.

7 The Court is advised that all counsel have conferred about this
8 request, that they have agreed to the January 12, 2009, date, and that
9 all counsel have authorized Ms. Santos to sign this stipulation on
10 their behalf.

11 **IT IS SO STIPULATED.**

13 Dated: November 26, 2008          /S/ Dina L. Santos
                                    DINA L. SANTOS
14                                  Attorney for
                                    Leobardo Loya-Chavez

16 Dated: November 26, 2008          /S/ Todd Leras
                                    TODD LERAS
17                                  Assistant United States Attorney
                                    Attorney for Plaintiff
18
19 Dated: November 26, 2008          /S/ Gilbert Roque
                                    GILBERT ROQUE
                                    Attorney for
20                                  Juan Lopez-Espino

22 Dated: November 26, 2008          /S/ Shari Rusk
                                    SHARI RUSK
                                    Attorney for Nancy Yadira Benitez
23                                  Andrade

24 **IT IS SO ORDERED.**

26 Dated: November 26, 2008

27                                  _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
28

Stipulation and Order                2