Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 08-0479 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Frank C. Damrell ) Time:   10:00 a.m. ) Date:   July 27, 2009 |
| Nancy Andrade, et. al., | ) |
| Defendants | |

Defendants Nancy Andrade, Juan Lopez-Espino and Leobardo Loya-Chavez are charged in a three count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine.  A status conference was previously set for June 22, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to July 27, 2009 and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 19, 2009                    Respectfully submitted,


                                        __/s/ Shari Rusk___
                                        Shari Rusk
                                        Attorney for Defendant
                                        Nancy Andrade


                                        /s/ Dina Santos
                                        Dina Santos
                                        Attorney for Leobardo Loya-Chavea


                                        /s/ Gil Roque
                                        Gil Roque
                                        Attorney for Juan Lopez-Espino

                                        /s/ Todd Leras
                                        Todd Leras
                                        Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through July 27, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-