Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>NANCY ANDRADE, et. al.,<br><br>         Defendants | ) Case No.: CR. S-08-479 FCD<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Frank C. Damrell, Jr.<br>) Time:   10:00 a.m.<br>) Date:   September 21, 2009<br>)<br>) |

   Defendants Nancy Andrade, Juan Lopez-Espino and Leobardo Loya-Chavez are charged in a three count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine.  A status conference was previously set for July 27, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to September 21, 2009 and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: July 23, 2009                    Respectfully submitted,


                                               __/s/ Shari Rusk___
                                               Shari Rusk
                                               Attorney for Defendant
                                               Nancy Andrade


                                             /s/ Dina Santos
                                             Dina Santos
                                             Attorney for Leobardo Loya-Chavea


                                             /s/ Gil Roque
                                             Gil Roque
                                             Attorney for Juan Lopez-Espino

                                             /s/ Todd Leras
                                             Todd Leras
                                             Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through September 21, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: July 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE