Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR. S.08-479 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court: Hon. Frank C. Damrell, Jr.<br>) Time: 10:00 a.m.<br>) Date: November 2, 2009 |
| NANCY ANDRADE, et. al., | ) |
| Defendants. | |

    Defendants Nancy Andrade, Juan Lopez-Espino and Leobardo Loya-Chavez are charged in a three count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine.  A status conference was previously set for September 21, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to November 2, 2009 and that date is available with the Court.

///

///

///

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: September 17, 2009                    Respectfully submitted,

                __/s/ Shari Rusk___
                Shari Rusk
                Attorney for Defendant
                Nancy Andrade

                /s/ Dina Santos
                Dina Santos
                Attorney for Leobardo Loya-Chavea

                /s/ Gil Roque
                Gil Roque
                Attorney for Juan Lopez-Espino

                /s/ Todd Leras
                Todd Leras
                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through November 2, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: September 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT