Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,              ) | Case No.: CR.S-08-479 FCD |
|                                         ) | |
|            Plaintiff,                   ) | STIPULATION AND ORDER TO CONTINUE |
|                                         ) | STATUS CONFERENCE |
|       vs.                               ) | |
|                                         ) | Court:   Hon. Frank C. Damrell, Jr. |
|                                         ) | Time:    10:00 a.m. |
|                                         ) | Date:    November 23, 2009 |
| Nancy Andrade, et. al.,                 ) | |
|                                         ) | |
|            Defendants                   | |

Defendants Nancy Andrade, Juan Lopez-Espino and Leobardo Loya-Chavez are charged in a three count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine.  A status conference was previously set for November 2, 2009.   The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to November 23, 2009 and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: October 29, 2009          Respectfully submitted,


                                          __/s/ Shari Rusk___
                                          Shari Rusk
                                          Attorney for Defendant
                                          Nancy Andrade


                                          /s/ Dina Santos
                                          Dina Santos
                                          Attorney for Leobardo Loya-Chavea


                                          /s/ Gil Roque
                                          Gil Roque
                                          Attorney for Juan Lopez-Espino

                                          /s/ Todd Leras
                                          Todd Leras
                                          Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through November 23, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: October 29, 2009

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT COURT