1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   LEOBARDO LOYA-CHAVEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,       )  No. CR. S-08-0479 FCD
12                                 )
                 Plaintiff,        )  STIPULATION AND ORDER VACATING
13                                 )  DATE, CONTINUING CASE, AND
         v.                        )  EXCLUDING TIME
14 NANCY YADIRA BENITEZ ANDRADE    )
   LEOBARDO LOYA-CHAVEZ,           )
15 JUAN LOPEZ-ESPINO                )  Date    January 19, 2010
                 Defendants.       )  Time:   10:00 a.m.
16                                 )  Judge:  Frank C. Damrell, Jr.
   _____ )
17

18

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Todd Lerus, Counsel for Plaintiff, and Attorney Dina L.

22 Santos, Counsel for Defendant Leobardo Loya-Chavez; Attorney Gilbert

23 Roque, Counsel for Defendant Juan Lopez-Espino; Attorney Shari Rusk,

24 Counsel for Nancy Yadira Benitez Andrade, that the status conference

25 scheduled for November 23, 2009, be vacated and the matter be continued

26 to this Court's criminal calendar on January 19, 2010, at 10:00 a.m.

27      This continuance is requested by the defense in order to continue

28 in negotiations with the prosecution in an attempt to reach a plea

agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 19, 2010, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: November 20, 2009          /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for
                                  Leobardo Loya-Chavez

Dated: November 20, 2009          /S/ Todd Leras
                                  TODD LERAS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Dated: November 20, 2009          /S/ Gilbert Roque
                                  GILBERT ROQUE
                                  Attorney for
                                  Juan Lopez-Espino

Dated: November 20, 2009          /S/ Shari Rusk
                                  SHARI RUSK
                                  Attorney for Nancy Yadira Benitez Andrade

**IT IS SO ORDERED.**

Dated: November 20, 2009
                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

Stipulation and Order                     2