Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,            ) Case No.: CR.S. 08-479 FCD
                                     )
            Plaintiff,               ) STIPULATION AND ORDER TO CONTINUE
                                     ) STATUS CONFERENCE
       vs.                           )
                                     ) Court:   Hon. Frank C. Damrell, Jr.
                                     ) Time:    10:00 a.m.
                                     ) Date:    June 28, 2010
Nancy Andrade, et. al.,              )
                                     )
            Defendants

       Defendants Nancy Andrade and Juan Lopez-Espino are charged in a three count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine.  A status conference was previously set for April 26, 2010.  The parties have provided information and investigation to the government. The government, in turn, requires time to corroborate the particulars. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to June 28, 2010 and that date is available with the Court.

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: April 22, 2010                Respectfully submitted,


                                     __/s/ Shari Rusk___
                                     Shari Rusk
                                     Attorney for Defendant
                                     Nancy Andrade


                                     /s/ Gil Roque
                                     Gil Roque
                                     Attorney for Juan Lopez-Espino

                                     /s/ Todd Leras
                                     Todd Leras
                                     Assistant United States Attorney


**ORDER**

   IT IS SO ORDERED.  The Court finds excludable time through June 28, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: April 22, 2010

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE