Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>NANCY ANDRADE, et. al.,<br><br>        Defendants. | Case No.: CR. S-08-479 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Frank C. Damrell, Jr.<br>Time:   10:00 a.m.<br>Date:   August 9, 2010 |

Defendants Nancy Andrade and Juan Lopez-Espino are charged in a three count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine. A status conference was previously set for June 28, 2010. The parties have provided information and investigation to the government. The government, in turn, requires time to corroborate the particulars. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to August 9, 2010 and that date is available with the Court.

///

///

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 24, 2010                    Respectfully submitted,


                                              __/s/ Shari Rusk___
                                              Shari Rusk
                                              Attorney for Defendant
                                              Nancy Andrade


                                              /s/ Gil Roque
                                              Gil Roque
                                              Attorney for Juan Lopez-Espino

                                              /s/ Todd Leras
                                              Todd Leras
                                              Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through August 9, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 24, 2010

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE